GREGORY M. FOX, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

TERESA L. HIGHSMITH, State Bar No. 155262
CITY ATTORNEY, CITY OF ALAMEDA
City Hall
2263 Santa Clara Avenue, Room 280
Alameda, CA 94501
Telephone: (510) 748-4544
Facsimile: (510) 748-4691

Attorneys for Defendant
CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EVERETT and VALIERIE CLEM, | Case No. C 05-03546 MJJ |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** and ORDER |
| vs. | F.R.C.P. 41 (a)(1) |
| CITY OF ALAMEDA, DOE POLICE OFFICERS 1 THROUGH 10, individually and in their capacity as members of the Police Department for the City of Alameda, | |
| Defendants. | |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned matter be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1). Each side to bear their own fees and costs.

So Stipulated:

DATED: August 3, 2006      By: _____/s/_____
                                                  Walter L. Davis Attorney for Plaintiffs

**STIPULATION OF DISMISSAL**
*Everett et al v. City of Alameda, et al.* [Case No. C 05-03546 MJJ]                                         1

1
2
3  DATED: August 14, 2006         By: _____/s/_____
4                                         Gregory M. Fox
                                          Bertrand, Fox & Elliot
5                                         Attorneys for defendant CITY OF ALAMEDA
6
7                              ATTORNEY ATTESTATION
8   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
9   "conformed" signature (/s/) within this E-filed document.
10
11  Dated: August 14, 2006              _____/s/_____
                                         GREGORY M. FOX
12
13
14
15
16
17  8/16/2006
18
19
20



21
22
23
24
25
26
27
28

**STIPULATION OF DISMISSAL**
*Everett et al v. City of Alameda, et al.* [Case No. C 05-03546 MJJ]                                            2